**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MAYO CLINIC *as plan sponsor*, and KRISTYN MULLIN *as the fiduciary of the Mayo Clinic Health & Welfare Benefits Plan*,

Plaintiffs,

v.

VICTORIA L. TURNER,

Defendant.

Case No. 26-cv-1733 (LMP/EMB)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation ("R&R"), ECF No. 12, of United States Magistrate Judge Elsa M. Bullard, which recommends dismissing the suit brought by Plaintiffs Mayo Clinic and Kristyn Mullin against Defendant Victoria L. Turner, ECF No. 1. No objections have been filed to the R&R in the time period permitted, and the R&R is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based on all of the files, records, and proceedings in this matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 12) is **ADOPTED**; and

2. Mayo Clinic and Kristyn Mullin's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 25, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge